```
U.S. DISTRICT COURT
  DISTRICT OF N.H.
       FILED

2009 JUN 12 A 9: 27
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                    Case No. 09-cr-117-01/13-SM

Trevor Allain, et al.

### ORDER

Granted to the extent necessary to disclose the indictment and arrest warrant to Canadian law enforcement authorities for the purpose of effectuating arrests in Canada. The case and underlying documents shall otherwise remained sealed.

SO ORDERED.

June 12, 2009

                                                /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

cc:    Debra M. Walsh, AUSA