U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2009 JUN 12  A 9: 27

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                              Case No. 09-cr-117-01/13-SM

Trevor Allain, et al.

### O R D E R

Granted to the extent necessary to disclose the indictment and arrest warrant to Canadian

law enforcement authorities for the purpose of effectuating arrests in Canada.  The case and

underlying documents shall otherwise remained sealed.

SO ORDERED.

June 12, 2009

James K. Muirhead
United States Magistrate Judge

cc:    Debra M. Walsh, AUSA